UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE ALEXIS,<br><br>          Plaintiff,<br><br>     v.<br><br>BRIDGEPORT FINANCIAL SERVICES,<br><br>          Defendant. | No. 2:13-CV-1960 KJM DAD<br><br><br>ORDER TO SHOW CAUSE |

On June 5, 2014, the parties filed a Notice of Settlement, ECF No. 22, and on June 6, 2014, the court directed the parties to file dispositional documents no later than June 26, 2014. ECF No. 23.  The parties have not responded to this order.

Accordingly, within fourteen days of the date of this order, plaintiff is directed to show cause why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: July 21, 2014.

_____
UNITED STATES DISTRICT JUDGE

1